UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Devon Terrell Abney,

                Plaintiff,        Case No. 22-11176

v.                                    Judith E. Levy
                                         United States District Judge

City of Detroit Police Department,
*et al.*,                                  Mag. Judge David R. Grand

                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [12]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 12) recommending the Court grant Defendant City of Detroit Police Department's motion for summary judgment in lieu of answer to complaint (ECF No. 6). The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 12) is ADOPTED; and

The City of Detroit Police Department's motion for summary judgment in lieu of answer to complaint (ECF No. 6) is GRANTED.

Accordingly, the City of Detroit Police Department is dismissed as a Defendant. Remaining in the case are police officer Defendants Alaa Ali and an unnamed "Shift Partner" John Doe in their individual capacities.

IT IS SO ORDERED.

Dated: December 23, 2022  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 23, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager