# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Devon Terrell Abney,

                Plaintiff,      Case No. 22-cv-11176

v.                                    Judith E. Levy
                                          United States District Judge

City of Detroit Police Department,
*et al.*,                              Mag. Judge David R. Grand

                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [25]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 25) recommending the Court deny Defendant Alaa Ali's motion to dismiss (ECF No. 24). The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 25) is ADOPTED; and

Ali's motion to dismiss (ECF No. 24) is DENIED.

IT IS SO ORDERED.

Dated: July 10, 2023        s/Judith E. Levy
    Ann Arbor, Michigan       JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 10, 2023.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager