UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Devon Terrell Abney,

              Plaintiff,        Case No. 22-11176

v.                                  Judith E. Levy
                                       United States District Judge

City of Detroit Police Department,
*et al.*,                            Mag. Judge David R. Grand

             Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [53]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending the Court deny Defendant Alaa Ali's motion to dismiss. (ECF No. 53.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly, the Report and Recommendation (ECF No. 53) is ADOPTED, and Defendant's motion to dismiss (ECF No. 43) is DENIED.

IT IS SO ORDERED.

Dated: March 5, 2024                 s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2024.

                                               s/William Barkholz
                                               WILLIAM BARKHOLZ
                                               Case Manager