UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVON TERRELL ABNEY,

                Plaintiff,                      Case No. 2:22-cv-11176

v.                                    Honorable Susan K. DeClercq
                                    United States District Judge

JOHN DOE,

                                    Honorable David R. Grand
              Defendant.            United States Magistrate Judge

_____/

**OPINION AND ORDER DENYING PLAINTIFF'S MOTIONS TO SET
ASIDE JUDGMENT (ECF No. 79), DENYING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND (ECF No. 80), AND PROHIBITING PLAINTIFF
FROM FILING ADDITIONAL PAPERS IN THIS CLOSED CASE
WITHOUT LEAVE OF THE COURT**

This is Plaintiff Devon Terrell Abney's **third** request asking this Court to reconsider the May 2025 dismissal of his case. *See* ECF Nos. 75; 76. As in his prior two motions, Abney continues to fail to address the underlying basis for the dismissal, which was his failure to serve the John Doe defendant despite knowing his identity. Although he now proposes to file an amended complaint naming the John Doe defendant, this is not a basis for post-judgment relief. *See* FED. R. CIV. P 60(b). Accordingly, the motion will be denied.

Abney's motion for leave to amend will also be denied because an amended complaint cannot be filed in a closed case. *Nat'l Civic Comm. v. Mich. Dep't of Corr.*, No. 90-13976, 2010 WL 3952236, at *1 (E.D. Mich. Oct. 8, 2010).

Accordingly, it is **ORDERED** that Plaintiff's Motion to Set Aside Judgment, ECF No. 79, is **DENIED.**

Further, it is **ORDERED** that Plaintiff's Motion for Leave to Amend, ECF No. 80, is **DENIED**.

Finally, it is **ORDERED** that Plaintiff is **PROHIBITED** from filing any additional papers in this closed case without first obtaining leave of the Court.

**This is a final order and the above-captioned case remains closed.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 16, 2026